1   **WO**

___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

JUL 2 0 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _CP_____ DEPUTY

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9   United States of America,            )   CR 04-738-1-PHX-SRB

10                Plaintiff,              )

11  vs.                                   )

12  Douglas Lyle Scott, Jr.,              )   **ORDER**

13                Defendant.              )

14  _____     )

15

16          A detention hearing and a preliminary revocation hearing on the Petition on

17  Supervised Release  were held on July 20, 2006.

18          **THE COURT FINDS** that the Defendant has knowingly, intelligently, and

19  voluntarily waived his right to a detention hearing and a preliminary revocation hearing and

20  has consented to the issue of detention being made based upon the allegations in the Petition.

21          **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his

22  burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6),

23  FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. United States

24  v. Loya, 23 F.3d 1529 (9th Cir. 1994).

25

26

27

28

1    **IT IS ORDERED** that the Defendant shall be detained pending further order of the

2  court.

3    DATED this 20th day of July, 2006.

4

5

6                                    Lawrence O. Anderson
                                     United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28